## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

**PABLO M. ORTIZ ORTIZ, et al.,**

Plaintiffs

**v.**

**DR. JOHN DOE (LIC. 12,072), et al.,**

Defendants

**CIVIL NO. 05-2171(HL)**

# ORDER

Pending before the Court is plaintiffs' Notice of Voluntary Dismissal of the complaint as to codefendant Corporación de Servicios Integrales de Salud del Area de Barranquitas, Comerío, Corozal, Naranjito y Orocovis, Inc.  (Docket No. 13).  Said motion is hereby **GRANTED** as requested.

WHEREFORE, the complaint is **DISMISSED with prejudice** as to codefendant **Corporación de Servicios Integrales de Salud del Area de Barranquitas, Comerío, Corozal, Naranjito y Orocovis, Inc.**  Partial Judgment shall be entered accordingly.

This case being dismissed as to the only federal defendant, plaintiffs are granted **thirty (30) days to show cause** why the claims against the remaining codefendants Dr. John Doe (lic. 12,072) and his conjugal partnership, Dr. Jane Doe (lic. 15, 070) and her conjugal partnership, Insurance Company XYZ, and Insurance Company ABC, should not be dismissed without prejudice for want of federal jurisdiction, allowing the case to proceed before the Court of First Instance of the Commonwealth of Puerto Rico, Aibonito Part.

**IT IS SO ORDERED**.

In San Juan, Puerto Rico, this 1st day of June, 2006.

s/ Héctor M. Laffitte
HECTOR M. LAFFITTE
U.S. DISTRICT JUDGE